David M. Bass (State Bar No. 117199)
Michael J. Gulden (State Bar No. 243383)
DAVID M. BASS & ASSOCIATES
1900 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Telephone: (310) 789-1152
Facsimile:  (310) 789-1149
Email:  dbass@basslawla.com

Attorneys for Defendants FARID MESHKATAI; ANITA KRAMER MESHKATAI; COLIN FRIEDMAN; AND HEDY KRAMER FRIEDMAN

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, and FIDELITY EXPRESS NETWORK, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COLIN H. FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; HEDY KRAMER FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; FARID MESHKATAI, an individual; and ANITA KRAMER MESHKATAI, individually and as trustee of the Anita Kramer Living Trust, dated July 23, 1987,<br><br>　　　　　Defendants. | Case No. CV 00-06902-GAF (RZx)<br><br>[Assigned to Hon. Gary A. Feess]<br><br>**ORDER ENTERING STIPULATION RE: PROTECTIVE ORDER**<br><br>**[Filed concurrently with Stipulation re: Protective Order]**<br><br>Date:　Unassigned<br>Time:　Unassigned<br>Ctrm:　540, Hon. Ralph Zarefsky |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

Pursuant to the stipulation of the parties, the Court HEREBY ORDERS that all documents produced by Farid Meshkatai in this action, that qualify as confidential under the Protective Order entered in this action on May 29, 2001 (the "2001 Protective Order"), and are labeled as such, shall be protected by the 2001 Protective Order.

DATED: July 02, 2008

_____
HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER ENTERING STIPULATION RE: PROTECTIVE ORDER